COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-452-CV

 

NED
I. SPIRITAS, JANICE SPIRITAS AND                               APPELLANTS

JEFFREY G. SOBEL, AS
TRUSTEES OF 

THE
NED I. SPIRITAS PROPERTY TRUST                                                 

 

                                                   V.

 

SPIRITAS
SD 1999 TRUST, SPIRITAS                                      APPELLEES

SF 1999 TRUST, SPIRITAS
RANCH 

ENTERPRISES, L.L.P.,
STEVEN SPIRITAS,

INDIVIDUALLY AND AS
TRUSTEE OF 

THE SPIRITAS SF 1999
TRUST AND 

SUSAN DAVIDOFF,
INDIVIDUALLY 

AND AS TRUSTEE OF THE
SPIRITAS 

SD
1999 TRUST                                                                                  

                                                                                                        

                                               ----------

            FROM
THE 393RD DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the AJoint
Motion To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(2), 43.2(f).








Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.  See Tex.
R. App. P. 43.4.

PER CURIAM

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and GARDNER,
J.  

 

DELIVERED: February 22,
2007  











[1]See Tex. R. App. P. 47.4.